# MATTHEW J. KLUGER
### ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

September 3, 2020

By ECF
Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

**MEMO ENDORSED**

Re:   **United States v. Ana Jimenez**
      **18 Cr. 879 (SHS)**

Dear Judge Stein:

I represent Ana Jiminez in this matter. Ms. Jimenez has already pled guilty and is at liberty awaiting sentence.[1] As a condition of her bail, Mr. Jimenez's travel is restricted to the Southern and Eastern Districts of New York. I write now to seek permission for Ms. Jimenez to travel to East Stroudsburg, PA for a family trip from September 5, 2020 to September 7, 2020.

Both Pretrial Services Officer Mohammed Ahmed and AUSA Daniel Nessim have *no objection* to this request provided that Ms. Jimenez provide Pretrial Services with a detailed itinerary prior to her departure.

Thank you for the Court's consideration.

Respectfully Submitted,

/s/ *Matthew J. Kluger*
Matthew J. Kluger, Esq.
*Attorney for Ana Jimenez*

**Application granted.**

cc:   AUSA Daniel Nessim
      AUSA Ni Qian
      PSO Mohammed Ahmed

**Dated: New York, New York
        September 3, 2020**

SO ORDERED

*[signature]*
SIDNEY H. STEIN
U.S.D.J.

---

[1] Sentencing in this matter is currently scheduled for September 17, 2020 at 4:00pm, although given the current circumstances, the defense intends to request an adjournment later today.

1