# MATTHEW J. KLUGER
## ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

September 8, 2020

By ECF
Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

**MEMO ENDORSED**

Re:    **United States v. Ana Jimenez**
        **18 Cr. 879 (SHS)**

Dear Judge Stein:

I represent Ana Jiminez in this matter. On March 11, 2020, Ms. Jimenez pled guilty as charged in Count Four of the indictment. She is scheduled to be sentenced on September 17, 2020 at 4:00 p.m. Due to the current Covid-19 pandemic, the defense respectfully requests that sentencing in this matter be adjourned to November 2020. Not only is in-court appearance preferable for sentencing, but I have had limited access to my office, which is hampering my ability to properly prepare for sentencing.

AUSA Daniel Nessim consents to this request on behalf of the Government.

Thank you.

Respectfully Submitted,

/s/
Matthew J. Kluger, Esq.
*Attorney for Ana Jimenez*
*Matthew J. Kluger*

cc:    AUSA Daniel Nessim
        AUSA Ni Qian

**The sentencing is adjourned to November 17 at 4:00 p.m. Defense submissions are due by November 3, the government's submissions are due by November 10.**

Dated:  New York, New York
          September 8, 2020

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.