# MATTHEW J. KLUGER
### ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

November 12, 2020

By ECF
Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

**MEMO ENDORSED**

Re:  **United States v. Ana Jimenez**
     **18 Cr. 879 (SHS)**

Dear Judge Stein:

    I represent Ana Jiminez in this matter. On March 11, 2020, Ms. Jimenez pled guilty as charged in <u>Count Four</u> of the indictment. After several adjournments, she is scheduled to be sentenced on November 17, 2020 at 4:00 p.m. Unfortunately, due to numerous circumstances beyond my control as a result of the current Covid-19 pandemic, the defense must respectfully request that sentencing in this matter be adjourned to either December 8th, 10th, or 15th, 2020. Assuming that the Court grants this request, the defense expects to submit its submission on or before November 23, 2020.

    AUSA Daniel Nessim consents to this request on behalf of the Government.

    Thank you.

Respectfully Submitted,

/s/ *Matthew J. Kluger*
Matthew J. Kluger, Esq.
*Attorney for Ana Jimenez*

cc:  AUSA Daniel Nessim
     AUSA Ni Qian

**The sentencing is adjourned to December 10, 2020, at 11:00 a.m. Defense submissions are due by November 25, the government's submissions are due by December 2, 2020.**
**Dated:  New York, New York**
      **November 12, 2020**

SO ORDERED

*[signature]*
SIDNEY H. STEIN
U.S.D.J.