UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 18-cr-879 (SHS) |
| -v- | : | ORDER |
| ANA YESSENIA JIMENEZ, | : | |
| Defendant. | : | |

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    At the request of the defendant,

    IT IS HEREBY ORDERED that the sentencing of the defendant is adjourned to January 11, 2021, at 11:00 a.m.

Dated:  New York, New York
         December 10, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.