UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 18-Cr-879 (SHS) |
| -v- | : | ORDER |
| ANA YESSENIA JIMENEZ, | : | |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    Consistent with the decision of the Court at the commencement of defendant's sentencing on January 11, 2021, the conclusion of this sentencing is adjourned until after the trial of Ariel Jimenez.

    IT IS HEREBY ORDERED that the conclusion of the sentencing of Ana Yessenia Jimenez is adjourned to April 8, 2022, at 10:00 a.m.

Dated: New York, New York
       November 5, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.