UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 18-Cr-879 (SHS) |
| -v- | : | <u>ORDER</u> |
| ANA JIMENEZ, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    IT IS HEREBY ORDERED that Ms. Jimenez's sentencing is adjourned from April 8 to June 8, 2022, at 10:00 a.m.

Dated: New York, New York
       April 6, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.