UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :        18-Cr-879 (SHS)

            -v-                              :        ORDER

ANA JIMENEZ and EVELIN JIMENEZ,              :

            Defendants.                      :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    IT IS HEREBY ORDERED that the defendants' sentencing date is adjourned to July **6**, 2022, at 4:30 p.m. for Ana Jimenez and 5:00 p.m. for Evelin Jimenez.

Dated: New York, New York
       May 18, 2022

                                SO ORDERED:

                                _____
                                Sidney H. Stein, U.S.D.J.