UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 18-Cr-879 (SHS) |
| -v- | : | ORDER |
| ANA JIMENEZ and EVELIN JIMENEZ, | : | |
| Defendants. | : | |

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    IT IS HEREBY ORDERED that the defendants' sentencing dates are adjourned to August 5, 2022, at 9:00 a.m. for Ana Jimenez and 9:30 a.m. for Evelin Jimenez.

Dated: New York, New York
         June 30, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.