UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

ANA JIMENEZ,

                Defendant.

18-CR-879 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    On September 14, 2022, defendant Ana Jimenez was ordered to surrender for service of her sentence at the institution designated by the Bureau of Prisons before 2 p.m. on Friday, September 23, 2022. (See Judgment, ECF No. 474.) On September 20, 2022, Ms. Jimenez requested and the Government consented to a 30-day extension of the self-surrender date to October 21, 2022. Accordingly,

    IT IS HEREBY ORDERED that Ms. Jimenez shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2 p.m. on October 21, 2022.

Dated:  New York, New York
           September 20, 2022

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.