# MATTHEW J. KLUGER
ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

April 27, 2023

By ECF
Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: <u>United States v. Ana Jimenez</u>
    18 Cr. 879 (SHS)

Dear Judge Stein:

Bail in this matter was set on November 14, 2018. As a condition of her release, Ms. Jimenez was required to surrender her passport to Pretrial Services. On August 9, 2022, Ms. Jimenez was sentenced to serve 24-months in BOP custody. Accordingly, now that Ms. Jimenez has been sentenced and is currently serving her prison sentence, she respectfully requests that the Court order Pretrial Services to return her passport forthwith.[1]

AUSA Ni Qian has no objection to this request.

Thank you.

Respectfully,
/s/ *Matthew J. Kluger*
Matthew J. Kluger

**Request granted.**

**SO ORDERED**

Dated: New York, NY
April 27, 2023

_____
Hon. Sidney H. Stein USDJ

---

[1] Because Ms. Jimenez is currently in jail, she consents to the release of her passport to either the undersigned or her son, Wandy Castillo.