UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | 18-CR-879 (SHS) |
| ANA YESSENIA JIMENEZ, | ORDER |
| Defendant. | |

SIDNEY H. STEIN, U.S. District Judge:

On August 9, 2022, defendant was sentenced principally to a term of imprisonment of 24 months.[1]

On January 4, 2024, defendant filed a motion requesting that the Court reduce her sentence pursuant to Amendment 821 to the Sentencing Guidelines which went into effect on November 1, 2023, and applies retroactively.

The Court has determined that defendant is not eligible for a sentence reduction. While defendant is eligible for the zero-point offender recalculation, defendant is ultimately precluded from a sentence reduction because her original sentence—24 months—is below the low end of the recalculated guideline range—51 months.

Accordingly, defendant's motion is hereby DENIED.

The Clerk of Court is directed to mail a copy of this Order to Ana Yessenia Jimenez (#86323-054), FPC Alderson, Federal Prison Camp, Glen Ray Rd. Box A, Alderson, WV 24910.

Dated: New York, New York
January 31, 2024

SO ORDERED:

_Sidney H. Stein_
Sidney H. Stein, U.S.D.J.

---

[1] On September 14, 2022, the sentence was amended to include the imposition of $29,185,621.31 in restitution and $100,000 in forfeiture.